```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

          JAN 2 1 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERVE GUERRIER, #1036378 | |
| Plaintiff, | 3:10-cv-00719-LRH-VPC |
| vs. | ORDER |
| ROBERT LEGRAND, *et al.*, | |
| Defendants. | |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is incomplete; the Financial Certificate (signed by an authorized officer) and the statement for plaintiff's institutional account are missing. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and

1  Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date
2  of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma*
3  *pauperis*, along with all required financial documentation, on the form provided by this court. Plaintiff's
4  failure to file an application to proceed *in forma pauperis* in compliance with this order may result in
5  the immediate dismissal of this entire action.

DATED this 21st day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

2