

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERVE GUERRIER, <br> #1036378 <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT LEGRAND, *et al.*, <br><br> Defendants. | 3:10-cv-00719-LRH-VPC <br><br> **ORDER** |

Plaintiff has submitted a *pro se* civil rights complaint. On February 8, 2011, the court granted plaintiff's motion to amend his complaint (docket #6). Plaintiff filed a letter addressed to the Clerk's office dated February 22, 2011 stating that he really intended to file a supplemental complaint, not an amended complaint (docket #8). Plaintiff is advised that the Clerk does not give legal advice, and as such, his letter is improper and shall be stricken. As his letter reflects some confusion about amending his complaint, the court clarifies as follows. Plaintiff may, if he chooses, file an amended complaint. He shall set forth all civil rights claims in his amended complaint, including any claims from his original complaint that he wishes to pursue as well as all other claims. Plaintiff has thirty (30) days from the date of entry of this order to file his amended complaint. If plaintiff fails to file an amended

complaint, the court will screen his original complaint (docket #1-1) pursuant to 28 U.S.C. §1915.

**IT IS THEREFORE ORDERED** that plaintiff may file his amended complaint, if any, within thirty (30) days of entry of this Order. Plaintiff is expressly advised that if he fails to file an amended complaint, the court will screen his original complaint.

**IT IS FURTHER ORDERED** that plaintiff's letter (docket #8) is **STRICKEN**.

DATED this 2nd day of March, 2011.

*/s/ Valerie P. Cooke*
UNITED STATES MAGISTRATE JUDGE