```
        ___ FILED          ___ RECEIVED
        ___ ENTERED        ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

               JUL - 8 2011

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
        BY: _____ DEPUTY
```

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

10

11 HERVE GUERRIER,
        #1036378

12              Plaintiff,                    3:10-cv-00719-LRH-VPC

13 vs.

14 ROBERT LEGRAND, et al.,                   **ORDER**

15              Defendants.

16

17          This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On June 7, 2011,

18 the court issued a Screening Order that directed that plaintiff's Eighth Amendment medical claims may

19 proceed against defendant Scott only and dismissed the remaining defendants (docket #16). On July 1,

20 2011, plaintiff filed a "motion to clarified [sic] subject matters, plus" (docket #18). In his motion,

21 plaintiff points out that the Screening Order incorrectly states that Robert LeGrand is warden of Northern

22 Nevada Correctional Center; he is in fact warden of Lovelock Correctional Center. However, this

23 correction has no practical effect. The court has already dismissed defendant LeGrand from this action

24 because plaintiff's amended complaint sets forth no allegations whatsoever against LeGrand (*see* docket

25 #16). Accordingly, plaintiff's motion to clarify is denied as moot.

26

1          **IT IS THEREFORE ORDERED** that plaintiff's "motion to clarified subject matters,

2   plus" (docket #18) is **DENIED** as moot.

3

4

5          DATED this _8th_ day of ___July_____, 2011.

6

7                                    _____

8                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26