UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

HERVE GUERRIER,

    Plaintiff,

v.

ROBERT LEGRAND, *et al.*,

    Defendant.

3:10-cv-00719-LRH-VPC

O R D E R

    Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#27[1]) entered on December 20, 2011, recommending granting in part and denying in part Defendant's Motion to Dismiss (#20) filed on July 19, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

    The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#27) entered on December 20, 2011, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#27) entered on December 20, 2011, is adopted and accepted, and Defendant's Motion to Dismiss (#20) is GRANTED in part and DENIED in part as follows:

1. Defendant's Motion to Dismiss Defendant Scott in his official capacity based on Eleventh Amendment immunity is GRANTED, and Plaintiff's monetary damages claim against Defendant in his official capacity is DISMISSED with prejudice; and

2. Defendant's Motion to Dismiss based on Plaintiff's failure to state a claim and qualified immunity is DENIED without prejudice.

IT IS SO ORDERED.

DATED this 20th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE