UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| HERVE GUERRIER, | ) |
| Plaintiff, | ) 3:10-cv-00719-LRH-VPC |
| v. | ) |
| ROBERT LEGRAND, *et al.*, | ) O R D E R |
| Defendants. | ) |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#28[1]) entered on January 4, 2012, recommending denying Plaintiff's Motion for an Emergency Injunction (which the court analyzed as a motion for preliminary injunction) (#24) filed on October 11, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#28) entered on January 4, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#28) entered on January 4, 2012, is adopted and accepted, and Plaintiff's Motion for Preliminary Injunction (#24) is **DENIED**.

IT IS SO ORDERED.

DATED this 9th  day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE