UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HERVE GUERRIER, | ) | 3:10-CV-0719-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 8, 2012 |
| | ) | |
| ROBERT LEGRAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff filed a motion to amend his complaint (#39).  Defendant filed a non-opposition (#41) and motion for screening of the amended complaint.

   Plaintiff initiated this action in November 2010 (#1), and plaintiff's first amended complaint was screened in June 2011 (#16).  The Court ruled on a motion to dismiss in January 2012, and discovery is underway (#35).  At this stage of the case, the court will not rescreen plaintiff's proposed second amended complaint, nor is it mandated to do so.  If defendants oppose plaintiff's motion to amend, they shall file such opposition no later than **Monday, May 21, 2012,** otherwise, plaintiff's motion to amend will be granted as unopposed and the case will proceed on the second amended complaint as prepared by plaintiff.

   Defendants' motion for screening (#41) is **DENIED.**

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                               By:   /s/
                                        Deputy Clerk