UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| HERVE GUERRIER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00719-LRH-VPC |
| | ) | |
| vs. | ) | |
| | ) | MINUTES OF COURT |
| ROBERT LeGRAND, et al., | ) | |
| | ) | |
| Defendants. | ) | June 21, 2012 |

**PROCEEDINGS:** Motions Hearing Re: [36] Motion to Compel; [39] Motion to Amend; [43] Motion to Correct Title; and [48] Motion for Extension of Time to File Defendants' Motion for Summary Judgment

**PRESENT:**
**THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE**

**Deputy Clerk:** Paris Rich    **FTR Reporter:** 10:56 a.m. to 11:44 a.m.

**Pro Se Plaintiff:** Herve Guerrier (Telephonically)

**Counsel for Defendants:** Elizabeth Hickman, Deputy Attorney General

At 10:56 a.m., the Court convenes.

The Pro Se Plaintiff is present telephonically. Counsel for Defendants is present in the courtroom.

The Court inquires regarding the Pro Se Plaintiff's parole status. Mr. Guerrier presents statements regarding his appearance earlier this date before the State Parole Board. Mr. Guerrier further confirms he believes his current parole expiration is now 2014.

The Court recites chronology of this action and issues surrounding the Plaintiff's viable Eighth Amendment Claim.

The Court addresses the Plaintiff's [36] Motion to Compel. The Court and the parties confer. The Court further directs the Plaintiff to Rule 45 of the Federal Rules of Civil Procedure. The Court recites statements and findings. **IT IS ORDERED, [36] Motion is DENIED. IT IS SO ORDERED.** The Plaintiff further confirms he does not desire an opportunity to review his medical file.

The Court addresses the discovery process of "meet and confer."

**Guerrier v. LeGrand, et al.**  June 21, 2012
**3:10-cv-00719-LRH-VPC**  Page 2 of 2

---

The Court addresses the Plaintiff's [39] Motion for Leave to Amend Complaint and [43] Motion to Correct Title.  The Court and the parties confer.  The Court recites statements and findings. **IT IS ORDERED, the Plaintiff's [39] Motion and [43] Motion are DENIED.  IT IS SO ORDERED.**

The Court inquires as to whether the parties have attended a settlement conference.  The Plaintiff confirms there has been no settlement conference to date.

The Court addresses the Defendants' [48] Motion for Extension of Time to File Defendants' Motion for Summary Judgment.  The Court recites statements and findings.  **IT IS ORDERED, the Defendants' [48] Motion is GRANTED.  The Defendants shall have until Friday, June 29, 2012 to file a motion for summary judgment.  IT IS SO ORDERED.**  The Court further directs the Plaintiff to Rule 56 of the Federal Rules of Civil Procedure regarding his response to the Defendants' motion for summary judgment.

The Court addresses the setting of a settlement conference in this matter.  The Court and the parties confer with the Court specifically reciting statements as to the Plaintiff's Eighth Amendment Claim.  The parties confirm their willingness to attend a settlement conference.

**IT IS ORDERED, a Settlement Conference is set for Thursday, July 5, 2012 at 9:00 a.m. in Reno Courtroom 1.   IT IS FURTHER ORDERED, the Plaintiff shall appear via video and Ms. Hickman shall appear in Courtroom 1 with her client.  <u>A separate Order shall issue.</u>  In the event, Ms. Hickman's client has a conflict with the July 5, 2012 date, Ms. Hickman shall notify the Courtroom Clerk forthwith for the resetting of the Settlement Conference.  IT IS SO ORDERED.**

At 11:44 a.m., the Court adjourns.

LANCE S. WILSON, CLERK

By: /s/ Paris Rich
    Deputy Clerk