# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERVE GUERRIER, ) | 3:10-CV-0719-LRH (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | August 22, 2012 |
| ) | |
| ROBERT LEGRAND, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants filed a motion to seal medical exhibits in support of defendants' motion for summary judgment (#53). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

   **IT IS ORDERED** that defendants' motion to seal medical exhibits in support of defendants' motion for summary judgment (#53) is **GRANTED**. The exhibits (#55) are filed and shall remain under seal.

   **IT IS SO ORDERED.**

                                             LANCE S. WILSON, CLERK

                               By:    /s/
                                             Deputy Clerk