UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HERVE GUERRIER, | ) | 3:10-cv-00719-LRH-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| | ) | |
| ROBERT LEGRAND, *et al.*, | ) | |
| | ) | December 3, 2012 |
| Defendants. | ) | |
| | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

  Before the court is plaintiff's motion letter to the Honorable Magistrate Judge Valerie P. Cook[e] (#70),[1] and plaintiff's motion to order Homeland Security to release plaintiff on bond while this case is pending (#73).

  Plaintiff's motion letter to the Honorable Magistrate Judge Valerie P. Cook[e] (#70) asks the court to order the Nevada Department of Corrections to release plaintiff from prison. On the record before the court, plaintiff has been released from prison and is now in the custody of the Department of Homeland Security.

  Accordingly, plaintiff's motion letter to the Honorable Magistrate Judge Valerie P. Cook[e] (#70) is moot and is hereby **DENIED**.

  Plaintiff's motion to order Homeland Security to release plaintiff on bond while this case is pending (#73) asks the court to order the Department of Homeland Security to release plaintiff on a signature bond. The court notes that plaintiff filed an identical motion in his case against the Department of Homeland Security, 3:12-cv-0320-RCJ-VPC, which was denied. Further, plaintiff has not set forth any legal authority for his contention that this court has the power to order the Department of Homeland Security to release detainees during the pendency of their civil proceedings.

---

[1] Refers to the court's docket numbers.

      Accordingly, plaintiff's motion to order Homeland Security to release plaintiff on bond while this case is pending (#73) is hereby **DENIED**.

    **IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                                              By:_____/s/_____
                                                         Deputy Clerk